UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-6855

MONROE ROOSEVELT PARKER, JR.,

Plaintiff - Appellant,

versus

VIRGINIA BEACH SHERIFF'S DEPARTMENT; FRANK
DREW; D. C. COTTRELL; VIRGINIA BEACH JAIL,
Medical Services; COMMONWEALTH OF VIRGINIA,
et al.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. John A. MacKenzie, Senior District Judge. (CA-94-537-N)

Submitted: January 18, 1996      Decided: February 1, 1996

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Monroe Roosevelt Parker, Jr., Appellant Pro Se. Gary Alvin Bryant, WILLCOX & SAVAGE, Norfolk, Virginia; Jeff Wayne Rosen, ADLER, ROSEN & PETERS, P.C., Virginia Beach, Virginia; Gregory E. Lucyk, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint and imposing a prefiling review order limiting future litigation. We have reviewed the record and the district court's opinion, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Parker v. Virginia Beach Sheriff's Dep't</u>, No. CA-94-537-N (E.D. Va. May 1, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>